UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIE FRED BROWNLEE, JR, )<br>)<br>Defendant. ) | 1:10-cr-00047-SEB-DKL |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Magistrate Judge's Report and Recommendation dated August 7, 2014, recommending that Willie Brownlee Jr.'s supervised release be revoked, the Court now approves and adopts the Report and Recommendation as the entry of the Court. Accordingly, Defendant's supervised release is REVOKED and a sentence is imposed of 24 months in the custody of the Attorney General or his designee, with no supervised release to follow.

Defendant Brownlee is ordered to pay the remaining restitution balance of $4,645.

IT IS SO ORDERED.

Date: 9/8/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system